## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ADAM DANIEL GILLILAND, | * |
|    Plaintiff, | * |
| | * |
| vs. | *    CIVIL ACTION NO. 14-00257-KD-M |
| | * |
| WANDA LIGHTNER, *et al.*, | * |
|    Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, the Report and Recommendation of the Magistrate Judge dated September 2, 2014 and made under 28 U.S.C. § 636(b)(1)(B) is hereby **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** and **ORDERED** this the **3rd** day of **October 2014.**

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**